# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JOSEPH RANDALL HOBBS, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2229

————————————————

October 17, 2025

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Blair Allen, Public Defender, and Richard J. D'Amico, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.